PER CURIAM.
Affirmed. See Midtown Realty, Inc. v. Hussain, 712 So.2d 1249 (Fla. 3d DCA 1998); May v. Sessums & Mason, P.A., 700 So.2d 22 (Fla. 2d DCA 1997); John Alden Life Ins. Co. v. Benefits Management Assocs., Inc., 675 So.2d 188 (Fla. 3d DCA 1996); Jacksonville Port Auth. v. W.R. Johnson Enters., Inc., 624 So.2d 313 (Fla. 1st DCA 1993), Bee Line Air Transp., Inc. v. Dodd, 496 So.2d 874 (Fla. 3d DCA 1986).